UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLANTIC CONTAINER LINE (USA) LLC, A SUBSIDIARY OF GRIMALDI EUROMED S.P.A.,<br><br>       *Plaintiff*,<br>v.<br><br>BERRY CONTRACTING, L.P., dba BAY LTD.,<br><br>       *Defendant*. | Case No.: 2:24-cv-11305<br><br>**STIPULATION EXTENDING TIME FOR BERRY CONTRACTING, L.P., TO ANSWER OR MOVE IN RESPONSE TO PLAINTIFF'S COMPLAINT** |

  Plaintiff Atlantic Container Line (USA) LLC, and Defendant Berry Contracting, L.P., hereby stipulate and agree that Defendant shall have until March 13, 2025, to answer or otherwise respond to Plaintiff's Complaint.  The parties agree that this Stipulation shall be without prejudice to any defense that Defendant may otherwise have available, including, but not limited to, lack of personal jurisdiction, lack of subject matter jurisdiction, improper venue, insufficient process, or insufficient service of process.

| | |
|---|---|
| Respectfully Submitted, | January 28, 2025 |
| | |
| */s/ Bryan D. Press* | */s/ Charles F. Rysavy* |
| Bryan D. Press | Charles F. Rysavy, Esq. |
| PO Box 246 | K&L GATES LLP |
| Fair Lawn, NJ 07410 | One Newark Center, 10th Floor |
| Phone: (201) 532-3477 | Newark, NJ 07102 |
| Email: bpress1984@gmail.com | Phone: (973) 848-4053 |
| *Attorneys for Plaintiff* | Email: charles.rysavy@klgates.com |
| *Atlantic Container Line (USA) LLC* | *Attorneys for Defendant* |
| | *Berry Contracting, L.P.* |